As the affected parties already have notice of the above rulings, the Clerk is directed not to provide notice in any of theses cases.

SO ORDERED this 22nd day of February, 1999.

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file